AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __OHIO__

UNITED STATES OF AMERICA

V.

MATTHEW BORGES

**NOTICE**

CASE NUMBER: 1:20-cr-00077(4)

TYPE OF CASE:

☐ CIVIL ☑ CRIMINAL

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| POTTER STEWART UNITED STATES COURTHOUSE 100 EAST FIFTH STREET CINCINNATI, OHIO | BY VIDEOCONFERENCING |
| | DATE AND TIME |
| | 8/6/2020 AT 1:30 PM |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT ON INDICTMENT BEFORE MAGISTRATE JUDGE KAREN L. LITKOVITZ.
GOTOMEETING INSTRUCTIONS WILL BE PROVIDED TO COUNSEL PRIOR TO THE HEARING.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

RICHARD W. NAGEL, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

7/30/2020

DATE

(BY) KEVIN MOSER, DEPUTY CLERK

TO:
COUNSEL
USMS
PRETRIAL SERVICES
PROBATION