# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **United States of America,** | : | |
| | : | **Case No.: 1:20-cr-077** |
| **Plaintiff,** | : | |
| v. | : | **Judge Black** |
| | : | |
| **Matthew Borges,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF APPEARANCE OF CO-COUNSEL

In accordance with Local Rule 83.4, Todd A. Long hereby respectfully enters his appearance as co-counsel with Karl H. Schneider, on behalf of the Defendant Matthew Borges. There is no change in the lead trial attorney in this matter as a result of this notice of appearance.

Respectfully submitted,

*/s/ Todd A. Long*
Karl H. Schneider (0012881), Lead Counsel
Todd A. Long (0082296)
MCNEES WALLACE & NURICK LLC
21 East State Street, Suite 1700
Columbus, Ohio 43215
Telephone: (614) 719-2843
Facsimile: (614) 614-469-4653
kschneider@mcneeslaw.com
tlong@mcneeslaw.com

*Counsel for Defendant*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice was electronically filed with the Clerk of the United States District Court using the CM/ECF system on August 3, 2020, which will send notification of such filing to all attorneys of record including Assistant United States Attorneys Emily Glatfelter and Matthew Singer.

*/s/ Todd A. Long*

Todd A. Long (0082296)