# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:20-CR-077** |
| Plaintiff, | Honorable Judge Black |
| v. | **NOTICE OF APPEARANCE** |
| **LARRY HOUSEHOLDER, ET AL,** | |
| Defendants. | |

Megan Gaffney Painter, Assistant U.S. Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for Defendants, that she is entering an appearance as co-counsel for the United States, in the above captioned case. It is also requested that service of all papers filed in this action be made upon her at the address listed below.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

*/s/Megan Gaffney Painter*
MEGAN GAFFNEY PAINTER
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513)684-3711
Fax: (513)684-2047

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 6th day of August, 2020 by electronic filing which provides notice to all parties.

*s/ Megan Gaffney Painter*
MEGAN GAFFNEY PAINTER
Assistant United States Attorney