UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20-cr-77 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| LARRY HOUSEHOLDER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## CRIMINAL TRIAL CALENDAR

| | |
|---|---|
| Pretrial Motions:[1] | **February 1, 2022**<br>**Opposition by February 22, 2022**<br>**Reply (if any) by March 8, 2022** |
| Deadline to Supplement Privilege Logs:[2] | **March 15, 2022** |
| Deadline for Filter Team to Disclose List of Proposed Non-Privileged Documents to Defense Counsel: | **April 15, 2022** |
| Hearing on Pretrial Motions (if needed):[3] | **April 25, 2022 at 1:30 p.m.**<br>**Courtroom #1, Room 805** |
| Meet and Confer Between Filter Team and Defense Counsel: | **April 29, 2022** |
| Deadline for Defendants' (or Non-Parties') Motion for Protective Order and/or *In Camera* Review Regarding Privilege Claims:[4] | **May 16, 2022**<br>**Opposition by June 6, 2022**<br>**Reply (if any) by June 20, 2022** |

---

[1] Defendant Householder's SEALED amended motion to suppress (Doc. 114) is subject to the following amended briefing schedule: amended motion due March 1, 2022; response in opposition due March 22, 2022; and reply (if any) due April 5, 2022. (Not. Order, Feb. 23, 2022).

[2] Counsel on behalf of Defendant Householder shall supply the Government's Filter Team with supplemented privilege logs, to include Bates numbers of the specified documents or, in the alternative, counsel shall provide PDF copies of the specified documents.

[3] In the event that a hearing is required on Defendant Householder's SEALED amended motion to suppress (Doc. 114), the Court will separately set the motion for a sealed hearing.

[4] As early as May 17, 2022, the Filter Team may release to the Prosecution Team any document not specifically identified in a motion for protective order or motion for *in camera* review, unless a potential moving party has been granted an extension of time to file said motions or has timely sought an extension of time that has yet to be ruled on.

| | |
|---|---|
| In Chambers Conference for Final Rulings on Privilege Claims (the Court, Filter Team, and Counsel for Moving Party only): | **July 13, 2022 at 1:30 p.m.**<br>**Chambers, Room 815** |
| Disclosure of Anticipated Subject Areas of Expert Testimony in Case-in-Chief: | **July 18, 2022** |
| Rule 404(b) Notice Deadline:[5] | **August 15, 2022**<br>    **Opposition (if any) by September 5, 2022**<br>    **Reply (if any) by September 23, 2022** |
| Expert Disclosures (if any) Pursuant to Rule 16: | **September 1, 2022** |
| *Daubert* Motions (if any): | **September 26, 2022**<br>    **Opposition by October 17, 2022**<br>    **Reply (if any) by October 31, 2022** |
| Deadline to Submit Proposed Questions for Inclusion in the Special Questionnaire to Prospective Jurors:[6] | **November 1, 2022** |
| Deadline for Motions *in Limine*: | **November 9, 2022**<br>    **Opposition by November 28, 2022**<br>    **Reply (if any) by December 5, 2022** |
| *Daubert* Hearing (if required): | **November 16, 2022 at 1:00 p.m.**<br>**Courtroom #1, Room 805** |
| Hearing on Motions *in Limine* (if required): | **December 12, 2022 at 1:00 p.m.**<br>**Courtroom #1, Room 805** |
| Jencks & Giglio Production: | **January 2, 2023** |
| Proposed Jury Instructions & Verdict Forms:[7] | **January 4, 2023** |
| Proposed Witness Lists & Exhibit Lists:[8] | **January 4, 2023** |
| Trial Briefs (if any): | **January 6, 2023** |

---

[5] In the event that Defendants seek to exclude any evidence identified in the Government's Rule 404(b) Notice, the Notice will be construed as a motion, to which Defendants should file a memorandum in opposition (as opposed to a separate motion to exclude).

[6] The parties shall provide the Court with a jointly proposed Special Questionnaire, **in Word format**. If the parties cannot agree on the inclusion of certain questions, those questions shall be included at the end of the proposed Special Questionnaire and identified as opposed.

[7] Proposed jury instructions and verdict forms must be filed on the docket and must **also** be emailed, **in Word format**, to the Court's law clerk.

[8] Witness and exhibit lists must be emailed, **in Word format**, to the Court's law clerk, and may be submitted *ex parte*. Witnesses must be listed in the anticipated order of presentation.

| | |
|---|---|
| Exhibit Binders:[9] | **January 11, 2023** |
| Final Pretrial Conference (attorneys only): | **January 11, 2023 at 2:00 p.m.** <br> **Chambers, Room 815** |
| *Voir Dire*: | **January 20, 2023 at 9:30 a.m.** <br> **Courtroom #1, Room 805** |
| Jury Trial: | **January 23, 2023 at 9:30 a.m.** <br> **Courtroom #1, Room 805** |

**IT IS SO ORDERED.**

Date:  3/11/2022

*Timothy S. Black*
Timothy S. Black
United States District Judge

---

[9] The Court requires: (1) the original set of all exhibits (witnesses' exhibit binder); (2) one complete hard-copy set of all exhibits (Judge Black's courtesy exhibit binder); and (3) one set of all exhibits in electronic format, saved to a USB flash drive (Law Clerk's exhibits).  The original and Judge's copy of the exhibits must be pre-marked and organized sequentially in tabbed, three-ring binders.  All three sets must be delivered to Chambers in Room 815.  Counsel will not be permitted to add or amend exhibits after trial has commenced, unless counsel provides the Court with the new or amended exhibits (in all three formats) and amended exhibits lists, before the Court next reconvenes.