# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20-CR-77 |
| Plaintiff, | : | JUDGE TIMOTHY S. BLACK |
| v. | : | **UNITED STATES'** |
| | : | **NOTICE OF COMPLIANCE** |
| | : | **REGARDING AREAS OF EXPERT** |
| LARRY HOUSEHOLDER, ET AL., | : | **TESTIMONY** |
| Defendants. | : | |

The United States hereby provides notice that it has complied with the Court's order regarding disclosure of areas of expert testimony. By way of letter dated July 22, 2022, the United States has provided disclosure to defense counsel of the anticipated subject areas of expert testimony for the United States' case-in-chief.[1]

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/*Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
MATTHEW C. SINGER (IL 6297632)
Assistant United States Attorneys
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6385
E-mail: Emily.Glatfelter@usdoj.gov
Email: Matthew.Singer@usdoj.gov

---

[1] On Wednesday, July 13, 2022, the United States notified the Court via email that defense counsel had agreed to a brief extension of the disclosure from Monday, July 18, 2022 to Friday, July 22, 2022. The Court approved the extension later that same day.

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served via the Court's CM/ECF system upon defense counsel, this 22nd day of July, 2022.

>s/*Emily N. Glatfelter*
>EMILY N. GLATFELTER (0075576)
>Assistant United States Attorney