**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | : | |
| | : | Case No.: 1:20-cr-077 |
| Plaintiff, | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| Matthew Borges, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT MATTHEW BORGES' MOTION JOIN HOUSEHOLDER'S MOTION TO EXCLUDE PLEA AGREEMENTS, COOPERATION AGREEMENTS, AND IMMUNITY ORDER**

Defendant, Matthew Borges ("Borges"), by and through undersigned counsel, hereby moves the Court, to join and adopt Defendant Householder's Motion to Exclude Plea Agreements, Cooperation Agreements, and Immunity Orders. (Doc. 181.) Borges, like Householder, is willing to forego a cooperating guilty plea agreement or immunity offer based attack on witness credibility, as set forth more fully in Householder's Motion.

Respectfully submitted,

*/s/ Karl H. Schneider*
Karl H. Schneider (0012881), Lead Counsel
Todd A. Long (0082296)
MCNEES WALLACE & NURICK LLC
21 East State Street, Suite 1700
Columbus, Ohio 43215
Telephone: (614) 719-2843
Facsimile: (614) 469-4653
kschneider@mcneeslaw.com
tlong@mcneeslaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice was electronically filed with the Clerk of the United States District Court using the CM/ECF system on January 16, 2023, which will send notification of such filing to all attorneys of record including Assistant United States Attorneys Emily Glatfelter and Matthew Singer.

*/s/ Karl H. Schneider*
Karl H. Schneider (0012881), Lead Counsel