## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 04, 2025

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

> Re: Case No. 23-3566, *USA v. Matthew Borges*
> Originating Case No. 1:20-cr-00077-4

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                  Sincerely yours,

                  s/Kelly Stephens

                  Appeal Case Manager: Robin for Michelle
                  Direct Dial No. 513-564-7035

cc: Mr. Dennis Belli
     Ms. Alexis J. Zouhary

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-3566
_____

Filed: August 04, 2025

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MATTHEW BORGES

    Defendant - Appellant

## MANDATE

    Pursuant to the court's disposition that was filed 05/06/2025 the mandate for this case hereby issues today.

 COSTS:  None